SHAFFY MOEEL, ESQ.
Cal State SBN 238732
MOEEL LAW OFFICE
214 Duboce Ave.
San Francisco, CA 94103
Telephone:  (415) 735-5021
Facsimile:  (415) 255-8631
Email:          shaffymoeel@gmail.com

Attorney for Defendant
ELTON SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DAGOBERTO GARCIA,<br><br>            Defendant. | CASE NO. CR 12-501 SBA<br><br>**STIPULATON MOVING JULY 22, 2014 SENTENCING HEARING TO AUGUST 12, 2014; (PROPOSED) ORDER** |

IT IS HEREBY STIPULATED by and between plaintiff United States of America, through counsel, BENJAMIN TOLKOFF and defendant ELTON SMITH through counsel, SHAFFY MOEEL, that the July 22, 2014 hearing scheduled for 10:00 a.m., be rescheduled for August 12, 2014 at 10:00 a.m.

This stipulation is entered into because additional time is needed for effective preparation of this case.

A proposed Order is attached.

**IT IS SO STIPULATED.**

Dated:  June 9, 2014                                    Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney

                                                        By: /s/ *Benjamin Tolkoff*
                                                        _____
                                                        BENJAMIN TOLKOFF
                                                        Assistant United States Attorney

                                                        By: /s/ *Shaffy Moeel*
                                                        _____
                                                        SHAFFY MOEEL
                                                        Attorneys for Mr. Elton Smith

IT IS SO ORDERED.

Dated:   6/12/2014                                      _____
                                                        HONORABLE SAUNDRA B. ARMSTRONG
                                                        Judge, United States District Court

-2-
**STIPULATION MOVING DATE FOR HEARING; (PROPOSED) ORDER,
NO. 12-501 SBAA**